BOARD, Respondent.— Motion denied. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

WILLET L. COX, Respondent, v. NEW YORK, ONTARIO AND WESTERN RAILWAY COMPANY, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

TONY CARO, Appellant, v. CHARLIE CARDWELL, Respondent.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

LILIAN MENDE, Individually and as Executrix, etc., of CARL F. MENDE, Deceased, Appellant, v. FRED S. MENDE and Another, Respondents, and CARL-FRED REALTY COMPANY, INC., Defendant.— Order dated July 24, 1926, unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

EMMA O. BENNETT, Respondent, v. JOHN CUPINA and Others, Individually and as the BOARD OF TRUSTEES OF SCHOOL DISTRICT NO. 4 OF THE TOWN OF DICKINSON, BROOME COUNTY, N. Y., Appellants.— Order so far as it denies motion for dismissal of the complaint as to the defendants individually reversed on the law, and motion to that extent granted, on the ground that the complaint does not state facts sufficient to constitute a cause of action as to the defendants individually; and order so far as it grants leave to answer affirmed. No costs. All concur. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

THE UNION NATIONAL BANK OF TROY, as Administrator with the Will Annexed of, and Also as Trustee under, the Last Will and Testament of EDWARD F. MURRAY Deceased, Respondent, v. MARY M. MURRAY and Another, Appellants, and Others.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of FELIX TERRACCIANO, Respondent, against MASTEN CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no proof or finding as to whether or not the settlement was made with the consent of the insurance carrier. All concur. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of ANDREW SOVERSCANY, Respondent, against THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of THOMAS E. LAWRENCE, Appellant, against CENTRAL MERCANTILE BANK, Impleaded with GLOBE INDEMNITY COMPANY, Insurance Carrier, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Decision unanimously affirmed. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ.

In the Matter of the Claim of ANTONIO FILITTI, Respondent, against LERODE HOMES CORPORATION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim dismissed. with costs against the State